UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'JODACIN CADET; FAWENS CADET,<br>Petitioners,<br>v.<br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; DAVID J. VENTURELLA, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; TODD BLANCHE, Acting Attorney General of the United States, U.S. Department of Justice,<br>Respondents. | Case No.: 3:26-cv-04807-LEK-MSB<br>**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT** |

Petitioners D'Jodacin Cadet and Fawens Cadet ("Petitioners") filed their Petition for Writ of Habeas Corpus and Order to Show Cause Within Three Days; Complaint for Declaratory and Injunctive Relief ("Petition") on August 24, 2026. [Dkt. no. 1.] On September 3, 2026, this Court issued an order granting the Petition in part ("9/3 Order"). [Dkt. no. 7.] The 9/3 Order directed the respondents, identified in the Petition as Christopher LaRose, Warden, Otay Mesa Detention Center; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; David J. Venturella, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement; and Todd Blanche, Acting Attorney General of the United States, U.S.

Department of Justice ("Respondents"), to release Petitioners consistent with the terms of the 9/3 Order. [Id. at 6.]

On September 9, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 8.] The parties report that Petitioners were released from custody on September 4, 2026. [Id. at 1.]

In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioners pursuant to the 9/3 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 28, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**D'JODACIN CADET, ET AL. VS. CHRISTOPHER LAROSE ET AL.; CASE NO. 3:26-CV-04807-LEK-MSB; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**